UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| LAVADRE BUTLER, ) | C/A No. 4:16-3662-RMG-TER |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| TREVOR BESSINGER, LISA YOUNG, GREGORY ) | |
| WASHINGTON, MR. ESTERLINE, MR. SUAREZ, ) | |
| MR. BRADDY, MR. SHORTER, MR. WILLIAMS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is currently before the court on the motion for summary judgment filed on behalf of Defendants Bessinger, Young, Washington, Esterline, Suarez, Braddey, Shorter and Williams. (ECF #144). Because the Plaintiff is proceeding *pro se*, the court issued an order on or about July 17, 2018, pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), advising Plaintiff of the motion for summary judgment procedure and the possible consequences if he failed to respond adequately. After being granted two extensions to file a response to the motion for summary judgment, Petitioner failed to file a response. A Report and Recommendation was issued on December 6, 2018, recommending that the complaint be dismissed for failure to comply with the PLRA's exhaustion requirement. Plaintiff filed an objection to the Report on January 7, 2019, attaching additional documentation. Based on the objections and subsequent documentation, the district judge entered an order

on January 14, 2019, declining to adopt the Report remanding to the undersigned for further proceedings. (ECF Nos. 169 and 172). The court will now address Defendants' motion for summary judgment on the merits. The parties are given ten days from the date of this order to file any additional responses to the outstanding motion for summary judgment. **No extensions will be granted.**

      IT IS SO ORDERED.

s/Thomas E. Rogers, III

January 15, 2019                                              Thomas E. Rogers, III
Florence, South Carolina                 United States Magistrate Judge