IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Lavadre Butler, #337779, | ) | Civil Action No. 4:16-3662-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Trevor Bessinger, Lisa Young, | ) | |
| Gregory Washington, Mr. Esterline, | ) | |
| Mr. Suarez, Mr. Braddy, Mr. Shorter, | ) | |
| Mr. Williams, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, an inmate, has asserted *pro se* claims of violation of his Eighth Amendment rights arising from the Defendants' alleged failure to protect him from a known risk of violence and use of excessive force. The Court granted in part and denied in part Defendants' motion for summary judgment. (Dkt. No. 186.) In reviewing Plaintiff's claims, it is apparent to the Court that the *pro se* Plaintiff "has a colorable claim but lacks the capacity to present it." *Zuniga v. Effler*, 474 Fed. Appx. 225, 2012 WL 2354464, at *1 (4th Cir. 2012). In such circumstances, the Court has the discretion to appoint counsel for the *pro se* litigant if he is unable to afford counsel. 28 U.S.C. § 1915(e).

The Court finds that appointment of counsel is proper under these circumstances and hereby appoints Lauren V. Knight of Elliott & Phelan, LLC as counsel for Plaintiff.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

March 5, 2019
Charleston, South Carolina